United States District Court
Middle District of Florida
Orlando Division

United States of America

v.                                                    6:24-cr-22-PGB-LHP

Byron Louder

## **Waiver of Speedy Trial**

After consultation with his undersigned counsel, Byron Louder, hereby

voluntarily and knowingly waives his right to a speedy trial under 18 U.S.C. §

3161(c)(1), from the date of this waiver until June 30, 2024.

Respectfully submitted,

A. Fitzgerald Hall, Esq.
Federal Defender

Dated: 2-28-24

Byron Louder, Defendant

Dated: 2-28-24

Michael S. Ryan, Esq.
Assistant Federal Defender
Arizona Bar No. 0018139
201 S. Orange Avenue, Suite 300
Orlando, Florida 32801
Telephone: 407-648-6338
Fax: 407-648-6095
E-Mail: Michael_Ryan@fd.org